# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | NO. 1:19-cr-00001 |
| ANTONIO TURRENTINE, | ) |  |
| Defendant. | ) |  |

## ORDER

The Government's Motion to Dismiss Indictment (Doc. No. 41) is **GRANTED**. Case No. 1:19-cr-00001, against defendant Antonio Turrentine is DISMISSED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE